UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21 CV 140 CDP |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, et al.,) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff having amended his complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B),

**IT IS HEREBY ORDERED** that the motion to dismiss the complaint [9] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2021.