UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21 CV 140 CDP |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the consent motion to vacate the referral to mediation [31] is granted, and the Order Referring Case to Alternative Dispute Resolution [30] is vacated. This case will be referred to alternative dispute resolution at a later time if appropriate.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2022.