UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21 CV 140 CDP |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As plaintiff intends to opt out of the *Cody* class action and proceed on his individual claims (ECF 61) and defendants make no other compelling arguments in favor of granting a stay,

**IT IS HEREBY ORDERED** that defendants' motion to stay [54] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2022.

1